Edouard V. Rosa, (SB 108600)
E-mail: *evrosalaw@att.net*
LAW OFFICES OF EDOUARD V. ROSA
28047 Dorothy Drive, Suite 305
Agoura Hills, California 91301
Telephone: (818) 735-0590
Facsimile: (818) 735-0594

Attorney for Plaintiff,
CARS 4 CAUSES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARS 4 CAUSES, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CARS WITH A CAUSE, INC., a California Corporation, JACOB G. COLBERT, JR., an individual and DOES 1 Through 10, inclusive.<br><br>Defendants. | **Case No.: CV 05 0741 WMB (PLAx)**<br><br>**DECLARATION OF EDOUARD V. ROSA IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT OF CONSENT JUDGMENT AND ORDER FOR EXPEDITED DISCOVERY**<br><br>DATE: October 14, 2013<br>TIME: 10:00 A.M.<br>COURTROOM:<br>U.S. DISTRICT JUDGE: |

I, EDOUARD V. ROSA declare as follows:

1. I am the attorney of record for plaintiff CARS 4 CAUSES ("Plaintiff") in the above entitled action.

2. I have personal knowledge of the facts stated herein and would and could competently testify thereto if called as a witness.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation For Judgment filed in this action on June 2, 2005, Cars With Cause, Inc. and Does 1 through 10 were also dismissed as parties on June 2, 2005.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Consent Judgment filed in this action on June 2, 2005.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the undersigned's letter dated June 22, 2006, to Cameron Arballo one of the named Contempt Respondents ("Arballo").

6.      Attached hereto as Exhibit 4 are true and correct copies of emails dated June 28 and July 25, 2006, exchanged between the undersigned and Arballo.

7.      Attached hereto as Exhibit 5 are letters exchanged between the undersigned and Arballo and Arballo's and Works of Life International Ministries, Inc.'s ("WLIM') attorneys, dated August 29, September 15, October 7 and November 1, 2011.

8.      Attached hereto as Exhibit 6 are true and correct copies of the caption pages of Plaintiff's Complaint, First Amended Complaint for declaratory judgment on non infringement of service mark, complaint for service mark infringement and related claims, Arballo's and WLIM's answer and WLIM's amended counterclaims in the action entitled Cars 4 Causes v. Works of Life International Ministries, Inc., et al., Case No. CV11-10315 DMG (SHx) ("C4C v. WLIM action") filed on December 14, 2011, October 22, November 13 and November 20, 2012, respectively and page 8 of the First Amended Complaint.

9.      Attached hereto as Exhibit 7 are true and correct copies of the United States Patent and Trademark Office ("USPTO") TESS Records of Plaintiff's U.S. Service Mark Registrations for CARS 4 CAUSES, CARS WITH A CAUSE, CARS FOR A CAUSE, CARS FOR CAUSES, COMMUNITIES FOR CAUSES, COMMUNITIES 4 CAUSES, BOATS 4 CAUSES, GOODS 4 CAUSES, GOODS FOR CAUSES, MOTORCYCLE 4 CAUSES, GADGETS 4 CAUSES and RV's 4 CAUSES.

10.     Attached hereto as Exhibit 8 are true and correct copies of the USPTO TESS Records of WLIM's U.S. Service Mark Registrations for Computers 4 Causes, WITH CAUSES and ONLINE CAR DONATION.ORG and U.S. Service Mark Application for BOATS WITH CAUSES.

//

//

//

11. Attached hereto as Exhibit 9 are true and correct copies of the USPTO TESS Records of Contempt Respondent Giving Center's U.S. Service Mark Applications for REAL ESTATE CAUSES.ORG, AIRCRAFT CAUSES, BOAT CAUSES, COLLECTIBLE CAUSES, MOTORCYCLE CAUSES.ORG and COMPUTER CAUSES.

12. The undersigned in a letter dated June 6, 2013, informed Arballo and WLIM's attorney that the marks identified in paragraph 11 above were infringing upon Plaintiff's Cars 4 Causes' service marks and demanded that Arballo and WLIM cease all further use of the same and voluntarily abandon the USPTO applications for the subject marks which request was ignored.

13. Attached hereto as Exhibit 10 are true and correct copies of portions of WLIM's responses to Plaintiff's first set of interrogatories and requests for admissions dated April 22, 2013, in the C4C v. WLIM action.

14. Attached hereto as Exhibit 11 are true and correct copies of portions of Arballo's deposition transcript of his deposition taken on July 11, 2013, by the undersigned in the C4C v. WLIM action.

15. Attached hereto as Exhibit 12 are true and correct copies of Business Entity Information pages of the Nevada Secretary of State for WLIM, Works of Life Ministries, Online Car Donation.Org, Boats With Cause.Org, Giving Center and With Causes, Inc.

16. Attached hereto as Exhibit 13 are true and correct copies of the WHOIS Records for carswithacause.org and carswtihacause.net referencing Arballo as the Administrative Contact

17. Attached hereto as Exhibit 14 are true and correct copies of California Secretary of State Business Entity Detail and Statement of Information for Works of Life Ministries, Inc. and Works of Life, Business Entity Detail and Articles of Incorporation for Cars 2 Causes, Inc. and Affidavit of Due Diligence RE: Arballo in C4C v. WLIM action.

18. Attached hereto as Exhibit 15 are true and correct copies of the WHOIS Records for the following domain names: carswithcauses.com, .net and .org; cars4acause.com and .org, aircraftcauses.com, boatswithcauses.com, .net and .org; boatcauses.com and .org; collectibleswithcauses.com, .net and .org; computerswithcauses.com, .net and .org; computercauses.com and .org; motorcyclecauses.org; reaestatewithcauses.com, .net and .org; realestatecauses.com and .org and withcauses.com, .net and .org.

19.   On August 13, 2013, pursuant to Local Rule L.R. 7-3 the undersigned notified Bruno Tarabichi of the Law Firm of RAJ ABHYANKER, P.C. attorneys for Arballo, WLIM and Giving Center and who is also the attorney of record for Arballo and WLIM in the C4C v WLIM action concerning Contempt Respondents violation of the Consent Judgment entered on June 2, 2005.  On August 20, 2013, the undersigned and Mr. Tarabichi met and conferred by telephone concerning the August 13, letter with no resolution reached.  On September 4, 2013, the undersigned sent an email to Mr. Tarabichi informing him that since no written confirmation had been received concerning Contempt Respondents' agreement to cease the infringing conduct and to voluntarily cancel the With Causes and Computer 4 Causes Registrations and abandon the applications for the designations referenced in the August 20, 2013 letter, Plaintiff would proceed with the motion for contempt.  True and correct copies of the undersigned's August 13, 2013 letter and September 4, 2013, email are attached hereto as Exhibit 16.

I declare under penalty of perjury of the laws of the State of California and of the United States of America that the foregoing is true and correct.

Dated: 9/10/2013

Edouard V. Rosa
Attorney for Plaintiff
CARS 4 CAUSES