1  Edouard V. Rosa, (SB 108600)
   E-mail: *evrosalaw@att.net*
2  LAW OFFICES OF EDOUARD V. ROSA
   28047 Dorothy Drive, Suite 305
3  Agoura Hills, California 91301
   Telephone: (818) 735-0590
4  Facsimile: (818) 735-0594

5

6  Attorney for Plaintiff,
   CARS 4 CAUSES

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 CARS 4 CAUSES, a California Corporation  )  **Case No.: CV 05 00741 VAP (PLAx)**
                                            )
12              Plaintiff,                  )
                                            )  **DECLARATION OF EDOUARD V. ROSA IN**
13       v.                                 )  **SUPPORT OF OPPOSITION TO CAMERON**
                                            )  **ARBALLO AND WORKS OF LIFE**
14 CARS WITH A CAUSE, INC., a California    )  **MINISTRIES, INC.'S EX PARTE**
   Corporation, JACOB G. COLBERT, JR., an   )  **APPLICATION TO CONTINUE HEARING**
15 individual and DOES 1 Through 10,        )  **OF PLAINTIFF'S MOTION FOR AN ORDER**
   inclusive.                               )  **TO SHOW CAUSE RE: CIVIL CONTEMPT**
16                                          )  **OF CONSENT JUDGMENT**
                                            )
17              Defendants.                 )  U.S. DISTRICT JUDGE:
                                            )  HON. VIRGINIA A. PHILLIPS

18

19       I, EDOUARD V. ROSA declare as follows:

20  1.   I am the attorney of record for plaintiff CARS 4 CAUSES ("Plaintiff") in the above entitled

21  action.

22  2.   I have personal knowledge of the facts stated herein and would and could competently testify

23  thereto if called as a witness.

24  3.   Attached hereto as Exhibit 1 is a true and correct copy of pages 1 through 5 and Attachment 1

25  of the USPTO Examiner's Office Action dated 9/16/2013, concerning the U.S. Service Mark

26  Application Serial No. 85945852 for the mark BOAT CAUSES of the Applicant Giving Center one of

27  the named Contempt Respondents in the present Contempt Motion filed in this action.

28

4. As set forth in Exhibits A-D of the Declaration of Bruno Tarabichi, counsel for Contempt Respondents' Arballo and WLIM, respective emails were exchanged between the parties' counsel concerning the proposed continuance of the present Contempt Motion and proposed extension of time to extend deadlines in the Cars 4 Causes v. WLIM action, CV11-10315 DMG (SHx).

5. Although Contempt Respondents' counsel did not provide a detailed explanation as for the grounds for the request for a 60-day extension of time for the hearing of the present Contempt Motion, Plaintiff's counsel, as a professional courtesy, agreed to a 14-day continuance of the Contempt Motion hearing and also stated Plaintiff was amenable to extend the current deadlines by 90 days in the Cars 4 Causes v. WLIM action.

6. The issues in the Cars 4 Causes v. WLIM action were only joined as of November 20, 2012, which was the date WLIM filed its counterclaims.

7. Although Plaintiff on several occasions during the course of the Cars 4 Causes v. WLIM action submitted settlement proposals under FRE Rule 408 to Arballo, WLIM and the Giving Center, including a settlement conference with Magistrate Judge Stephen J. Hillman on August 6, 2013, the case did not settle.

8. Plaintiff has been diligent in pursuing its discovery in the Cars 4 Cause v. WLIM action as evidenced by the written discovery and deposition taken of Mr. Arballo. (See Rosa Dec., Exhs. 10 and 11 filed in support of Plaintiff's Contempt Motion). However, as of date of this Declaration, Arballo and WLIM have not initiated any written discovery or taken depositions in the Cars 4 Causes v. WLIM action.

9. Pursuant to Local Rule L.R. 7-3 the undersigned in a letter date August 13, 2013, notified Contempt Respondents' counsel of the Plaintiff's proposed Contempt Motion and held a telephone conference concerning the same on August 20, 2013, but no written response was received from Contempt Respondents' counsel prior to the Contempt Motion filing on September 10, 2013.

10. Plaintiff's Contempt Motion as evidenced by the Memorandum and Declaration of Patti Palmer and the undersigned was not filed for an attempt to gain an advantage in the Cars 4 Causes v. WLIM action or for any other improper purpose within the meaning of FRCP Rule 11.

11. As required under Local Rule L.R. 7-19.1(a), Contempt Respondents' counsel did not orally advise counsel for Plaintiff of the date and substance of the date and substance of the proposed ex parte application prior to its filing. However, the Ex Parte papers of Contempt Respondents were faxed to the undersigned on September 17, 2013, at approximately 10:20 a.m.

12. As of the signing of this Declaration, the undersigned has not been contacted by any of the other named Contempt Respondents or their attorney(s) seeking a continuance of the Contempt Motion.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Dated: <u>September 18, 2013</u>    _____
                                    Edouard V. Rosa

C4C/201-766/008/DECLARATION OF EVR IN SUPPORT
OF OPPOSITION TO EX PARTE APPLICATION

- 3 -