# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Brian Orion | (650) 390-6414 | Nov 26, 2013 |

| 4. FIRM NAME: | 5. E-MAIL ADDRESS: |
|---|---|
| Raj Abhyanker, P.C. | brian@legalforcelaw.com |

| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |
|---|---|---|---|
| 1580 W. El Camino Real, Ste. 13 | Mountain View | CA | 94040 |

| 10. CASE NUMBER | 11. CASE NAME | 12. JUDGE |
|---|---|---|
| CV 05-00741-VAP (PLAx) | Cars 4 Causes v. Cars With A Cause, Inc., et al. | Hon. Virginia A. Phillips |

| 13. APPEAL CASE NUMBER | 14. ORDER FOR: ☐ APPEAL ☑ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER |
|---|---|

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Nov 18, 2013 | Phyllis Preston | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): See attached |
|  |  | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month:  Day:  Year:
Transcript payment arrangements were made with:

17. DATE: 11/26/13

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: [signature]

Month:  Day:  Year:

G-120 (09/12)

# ATTACHMENT TO FORM G-120

Question #15: Transcript Requested:

"Other (Please specify)":

    We request the portion of the transcript relating to the hearing of Plaintiff's Motion for an Order to Show Cause Re: Civil Contempt of Counsel Judgment and An Order for Expedited Discovery (Doc. No. 9) in Case No. CV 05-00741-VAP (PLAx).